Todd Blanche
Deputy Attorney General of the United States
Brandon L. Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 1 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26-CR-6007-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(5), 924(a)(8) |
| RAMON ALEJANDRO GONZALEZ REBOLLEDO, | Unlawful Alien in Possession of a Firearm |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about July 13, 2024, in the Eastern District of Washington, the Defendant, RAMON ALEJANDRO GONZALEZ REBOLLEDO, knowing of his status as an alien illegally and unlawfully in the United States, knowingly possessed a firearm, to wit: a Glock 42, .380 caliber pistol, bearing serial number AFCH309, which firearm had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8), as charged in this Indictment, the Defendant, RAMON ALEJANDRO GONZALEZ REBOLLEDO, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including, but not limited to:

- a Glock 42, .380 caliber pistol, bearing serial number AFCH309.

DATED this ___11th___ day of February 2026.

A TRUE BILL



Foreperson

Todd Blanche
Deputy Attorney General

Alison L. Gregoire
Criminal Chief

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2